# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MICHAEL DUNN, | ) |
| Plaintiff, | ) Civil No.: 1:22-cv-00429 |
| v. | ) |
| | ) NOTICE OF RESOLUTION |
| TECHNIMARK, LLC, | ) |
| Defendant. | ) |

NOTICE IS HEREBY GIVEN that Plaintiff Michael Dunn and Defendant Technimark, LLC, (collectively, the "Parties") have reached a resolution of this matter and a Stipulation of Dismissal *with* prejudice will be filed within the next thirty (30) days.

Dated: August 30, 2022,

    Respectfully submitted,

    /s/ Corey M. Stanton
    Corey M. Stanton, NCSB #56255
    **GIBBONS LAW GROUP, PLLC**
    14045 Ballantyne Corporate Place, Ste. 325
    Charlotte, North Carolina 28277
    Telephone: (704) 612-0038
    E-mail: corey@gibbonslg.com

    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that on August 30, 2022, the undersigned filed the foregoing using the Court's CM/ECF system which will send notification of such filing to the appropriate CM/ECF participants.

/s/ Corey M. Stanton
*Attorney for Plaintiff*